ment be conditioned upon (1) payment of costs in the amount of $900 plus interest under Rule 24, RLPR, (2) compliance with Rule 26, RLPR, (3) successful completion of the professional responsibility examination under Rule 18(e), RLPR, and (4) satisfaction of the continuing legal education requirements under Rule 18(e), RLPR.

This court has independently reviewed the file and approves the jointly recommended disposition.

IT IS HEREBY ORDERED that respondent Brian Andrew Lett is indefinitely suspended from the practice of law for not less than six months, that the reinstatement hearing provided for in Rule 18, RLPR, is not waived, and that reinstatement is conditioned upon the agreed-upon terms set forth above. Respondent shall pay $900 in costs plus interest under Rule 24, RLPR.

BY THE COURT:
Paul H. Anderson
Justice

unable to practice law. The Director states that there are no disciplinary complaints or proceedings pending against petitioner. Petitioner and the Director of the Office of Lawyers Professional Responsibility have entered into a stipulation jointly recommending transfer to disability inactive status. The parties agree that upon a showing that she is fit to resume the practice of law, petitioner may petition for reinstatement under Rule 18(a)-(e).

This court has independently reviewed the file and approves the jointly recommended disposition.

IT IS HEREBY ORDERED that petitioner Wendy L. Arcand immediately is transferred to disability inactive status. Petitioner shall take immediate steps to wind up her law practice and comply with Rule 26, RLPR. Upon a showing that she is fit to resume the practice of law, petitioner may petition for reinstatement in accordance with Rule 18(a)-(e), RLPR.

BY THE COURT:
Paul H. Anderson
Justice

**In re Petition of Wendy L. ARCAND, for Transfer to Disability Inactive Status.**

**No. C0–02–55.**

Supreme Court of Minnesota.

Feb. 19, 2002.

ORDER

Attorney Wendy L. Arcand has filed a petition for transfer to disability inactive status under Rule 28, Rules on Lawyers Professional Responsibility (RLPR), alleging that her severe depression makes her

**In re PETITION FOR DISCIPLINARY ACTION AGAINST Ragnhild A. WESTBY, an Attorney at Law of the State of Minnesota.**

**No. CX–96–1459.**

Supreme Court of Minnesota.

Feb. 21, 2002.